UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lou L.,

      Petitioner,

v.

Warden, *ERO El Paso Camp East Montana Facility*; Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

      Respondents.

File No. 26-cv-1211 (ECT/LIB)

**ORDER**

---

    Petitioner Lou L. is a citizen of Laos who was taken into custody at his Intensive Supervision Appearance Program ("ISAP") check-in appointment in Minnesota on February 4, 2026. Pet. [ECF No. 1] ¶¶ 13, 23. Lou filed a Petition for Writ of Habeas Corpus on February 8, 2026, seeking his release. *See* Pet. At the time his Petition was filed, Lou had been transferred to Immigration and Customs Enforcement's "El Paso Camp East Montana facility." *See id.* ¶¶ 5, 8.

    "[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where immigration authorities have not disclosed where the petitioner is being detained or by

whom, and circumstances have prevented or precluded contact with counsel." *Adriana M.Y.M. v. Easterwood*, No. 26-cv-213 (JWB/JFD), 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026); *accord* Order at 1–2, *Fausto T. v. Bondi*, No. 26-cv-748 (PJS/EMB) (D. Minn. Jan. 28, 2026), ECF No. 3; Order at 2–3, *Angel A. v. Lyons*, No. 26-cv-777 (SRN/ECW) (D. Minn. Feb. 2, 2026), ECF No. 7. This exception does not apply here. It is undisputed that Lou was detained in Texas at the time he filed his Petition. *See* Pet. ¶¶ 5, 8; *see also* ECF No. 5. Accordingly, the Court lacks jurisdiction over Lou's Petition and will transfer it to the Western District of Texas.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT** Petitioner Lou L.'s Petition for Writ of Habeas Corpus [ECF No. 1] is **TRANSFERRED** to the United States District Court for the Western District of Texas.

Dated: February 10, 2026        s/ Eric C. Tostrud
                                                     Eric C. Tostrud
                                                     United States District Court